United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL J. PORTER, et al.,

Plaintiffs,

v.

HORROR CENTRAL, et al.,

Defendants.

Case No. 26-cv-03311-NW

**ORDER REGARDING SERVICE, RETENTION OF COUNSEL, AND VACATING AUGUST 4, 2026 CASE MANAGEMENT CONFERENCE**

Self-represented Plaintiff Paul J. Porter and Big Square Media/Rabid Love LLC ("Big Square Media") (collectively, "Plaintiffs") initiated this action on April 20, 2026. ECF No. 1. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs were required to serve Defendants Horror Central, Gravitas Ventures LLC, and Shout! Factory, LLC (collectively, "Defendants") by July 20, 2026. As of the date of this Order, Plaintiffs have not filed a proposed summons and, as a result, has yet to serve Defendants.

In addition, no counsel has appeared on behalf of Big Square Media. Pursuant to Civil Local Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." *See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) ("It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney.") (citation modified). In other words, Big Square Media cannot represent itself in this litigation.

Accordingly, the Court ORDERS the following:

1. No later than **August 21, 2026**, Plaintiffs shall either serve Defendants and file an executed summons or dismiss the action. The Court further schedules an in-person compliance hearing for **September 8, 2026 at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280

South First Street, San Jose, California 95113. If Plaintiffs has not filed an executed summons or dismissed the action by August 21, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. Plaintiffs must appear at the hearing in person; no remote appearances will be permitted.

2. Big Square Media shall retain counsel and have counsel file a notice of appearance no later than **August 21, 2026**.

3. The August 4, 2026 case management conference is VACATED.

The Court refers Plaintiff to the “Representing Yourself” webpage on the Court’s website, located at https://cand.uscourts.gov/pro-se-litigants/. The Court’s Federal Pro Se Program also provides information, advice and basic legal help for unrepresented parties. Help is provided by appointment or on a drop-in basis. Parties may schedule an appointment by calling 408-297-1480 or may stop by the Federal Pro Se Program at Room 2070 in the San Jose United States Courthouse.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Noël Wise
United States District Judge